June 08, 2007

Honorable Craig T. Enoch
Winstead Sechrest & Minick, P.C.
401 Congress Avenue, Suite 2100
Austin, TX 78701
Mr. Frank Weathered
Dunn Weathered Coffey Rivera
Kasperitis & Rodriguez, P.C.
611 S. Upper Broadway
Corpus Christi, TX 78401

RE: Case Number: 05-0870
 Court of Appeals Number: 04-04-00312-CV
 Trial Court Number: DC-02-24

Style: T. MICHAEL QUIGLEY
 v.
 ROBERT BENNETT

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause. (Justice Green not sitting)
Pursuant to Texas Rule of Appellate 59.1, after granting the petition for
review and without hearing oral argument, the Court reverses the court of
appeals' judgment and remands the case to that court.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Dan Crutchfield|
| | |
| |Mr. Juan Erasmo |
| |Saenz |